Ramon FONTELERA, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 04–3241.

United States Court of Appeals,
Federal Circuit.

June 15, 2004.

Ramon Fontelera, Of Counsel, Zambales, Philippines, pro se.

Claudia Burke, Principal Attorney, David M. Cohen, Harold D. Lester, Jr., Of Counsel, Department of Justice, Washington, DC, for Respondent.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Felicidad MALAPIT, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 04–3243.

United States Court of Appeals,
Federal Circuit.

June 15, 2004.

Felicidad, Malapit, of Counsel, Olongapo City, Philippines, for Petitioner.

Lisa B. Donis, Principal Attorney, David M. Cohen, Harold D. Lester, Jr., of Counsel, Department of Justice, Washington, DC, for Respondent.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.